| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10458-WGY |
|---|---|
| DEFENDANT<br>1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | TYPE OF PROCESS Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please seize and maintain custody and control over the above-named currency, in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.

CATS No. 05-FBI-001448                                    LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
*Shelbey A. Wright*    ☒ PLAINTIFF   ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100
DATE: April 6, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.: 
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 4/13/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/25/05   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:
4/13 Not in USMS custody - Called FBI spoke to Dennis Davidson
4/14 Spoke to FBI Agent - Will bring next week (617) 223-6012
4/25 Received $160,346.25 from FBI        (3

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT