```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,             )
          Plaintiff,                  )
                                      )
          v.                          )Civil Action No. 05-10458-WGY
                                      )
1426-1428 HYDE PARK AVENUE, HYDE      )
PARK, MASSACHUSETTS, d/b/a "Manning)
Café Inc." and/or "Billy Jack's       )
Restaurant"; $159,992.43 IN U.S.      )
CURRENCY; and $210,000 IN             )
U.S. CURRENCY,                        )
          Defendants.                 )
```

**MOTION FOR ENTRY OF DEFAULT**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against John J. Manning, III, Karen L. Willett as Trustee of the Manning Real Estate Trust, and all other persons claiming an interest in the in Rem defendants, identified as:

> a.  the real property and buildings located at 1426 - 1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Café Inc., and/or Billy Jack's Restaurant ("Billy Jack's"), consisting of two adjacent buildings, and all other things of value associated with that business;
>
> b.   $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"); and
>
> c.   $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 238 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency"),

(collectively referred to as the "Defendant Properties"), for

failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Shelbey D. Wright
Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
Dated: June 29, 2005          (617) 748-3100

SO ORDERED AND ALLOWED

_____
WILLIAM G. YOUNG
United States Chief District Judge

Date: _____

<u>CERTIFICATE OF SERVICE</u>

    I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, were served upon Francis J. DiMento, Esquire, DiMento & Sullivan, Seven Faneuil Hall Marketplace, Boston, Massachusettss 02109, as counsel for John J. Manning, III, and upon Karen L. Willett, Trustee of the Manning Real Estate Trust, 1426 Hyde Park Avenue, Hyde Park, Massachusetts 02136, by first class mail, postage prepaid.

                                              <u>/s/ Shelbey D. Wright</u>
                                              Shelbey D. Wright
Dated: June 29, 2005              Assistant U.S. Attorney

N:\LTalbot\wright\Manning\Default Motion.wpd