UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>    v.<br><br>1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, d/b/a "Manning Café Inc." and/or "Billy Jack's Restaurant"; $159,992.43 IN U.S. CURRENCY; and $210,000 IN U.S. CURRENCY,<br>       Defendants. | )<br>)<br>)<br>) Civil Action No. 05-10458-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**FOR ENTRY OF DEFAULT**

I, Shelbey D. Wright, state under oath as follows:

1.  I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action _in rem_ for forfeiture of the following properties, identified as:

> a. the real property and buildings located at 1426 - 1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Café Inc., and/or Billy Jack's Restaurant ("Billy Jack's"), consisting of two adjacent buildings, and all other things of value associated with that business;
>
> b. $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"); and
>
> c. $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 238 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency"),

(collectively referred to as the "Defendant Properties"). Accordingly, this action is governed by the procedures set forth

in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

 2. The Defendant Properties are subject to forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and/or 1955(d), as they constitute property, real or personal, used in violation of the provisions of 18 U.S.C. § 1955(a), and/or property, real or personal, which constitutes, or is derived from, proceeds traceable to a violation of section 1955, or a conspiracy to commit such offense.

 3. The Complaint for Forfeiture in Rem was filed on or about March 10, 2005.

 4. This Court issued a Warrant and Monition on or about March 15, 2005, directing the United States Marshals Service to give notice to all persons concerned that a Complaint in Rem had been filed.

 5. Publication of the Complaint and Warrant & Monition was made in the Boston Herald newspaper on April 19, 2005, April 26, 2005, and May 3, 2005. A copy of the process receipt and return for publication, executed by the United States Customs Service, is attached as Exhibit A.

 6. John J. Manning, III, was served with a certified copy of the Complaint and Monition at his residential address of 191 Gardiner Road, Quincy, Massachusetts, and via his attorney, Francis J. DiMento, Esquire, DiMento & Sullivan, Seven Faneuil Hall Marketplace, Boston, Massachusetts 02109. Copies of the

receipts and returns for service are attached as <u>Exhibits B and C</u>. John J. Manning, III, did not file either a verified claim or answer to the Complaint.

7.  In addition, the United States attempted to serve a copy of the Complaint and Monition upon Karen L. Willett as Trustee of the Manning Real Estate Trust, but the documents were returned unclaimed/undelivered. Copies of the receipt and return for service are attached as <u>Exhibits D</u>. Karen L. Willett did not file either a verified claim or answer to the Complaint.

8.  Under Supplemental Rule (C)(6), any person asserting an interest in the Defendant Properties is required to file a claim within thirty (30) days after process has been executed and an answer within twenty (20) days after the filing of the claim.

9.  To date, no claims to the Defendant Properties or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

10. To the best of my knowledge, and upon information and belief, neither John J. Manning, III, Karen L. Willett as Trustee of the Manning Real Estate Trust, nor anyone else with an interest in the Defendant Properties is in the military service of the United States, is an infant, or is incompetent.[1]

---

[1] In order to determine John J. Manning, III's, and Karen L. Willett's military status, the United States searched the Department of Defense Manpower Data Center using John J. Manning, III's, name and Social Security Number and Karen L. Willett's name.

Signed under the pains and penalties of perjury this 29th day of June, 2005.

_____
Shelbey D. Wright
Assistant U.S. Attorney

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 05-10458-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: April 6, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.: 
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk
Date: 4/13/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/9/05
Time: am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Advertised in the Boston Herald on 4/19, 4/26 + 5/3/05

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM

☐ USMS RECORD   ☒ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

GOVERNMENT EXHIBIT A

U.S. Department of Justice
United States Marshals Service

## PUBLIC VOUCHER FOR ADVERTISING

| | For Agency Use Only |
|---|---|
| | VOUCHER NUMBER |

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service

PLACE VOUCHER PREPARED
Boston, MA

DATE PREPARED
4/15/05

SCHEDULE NUMBER

NAME OF PUBLICATION
Boston Herald

PAID BY

NAME OF PUBLISHER OR REPRESENTATIVE
Boston Herald

ADDRESS (Street, room number, city, State, and ZIP code)
One Herald Square, Boston, MA

### CHARGES

| TYPEFACE | (size of type) POINT PER | NUMBER OR LINES | COST PER LINE | TOTAL COST |
|---|---|---|---|---|
| FIRST INSERTION | 4/19/05 | 148 | $3.49 | $516.62 |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | 2 | 296 | 3.49 | 1033.04 |
| TOTAL | 3 | | | $1549.56 |

DISTRICT OF MASSACHUSETTS NOTICE OF LIBEL
Civil Case No. 05-10458-WGY

United States of America, District of Massachusetts, at Boston, Massachusetts, March 15, 2005.

Notice is hereby given that a Libel has been filed in the United States District Court against the following properties, pursuant to 18 U.S.C. §981(a)(1)(A) and/or 1955(d):

a. the real property and buildings located at 1426-1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Cafe Inc. and/or Billy Jack's Restaurant ("Billy Jack's") consisting of two adjacent buildings, and all other things of value associated with that business;

b. $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"), and

c. $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 235 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency")

(collectively referred to as the "Defendant Properties").

All claims to the Defendant Properties must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the Complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with their Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for Remission or Mitigation are set forth in 28 Code of Federal Regulations, Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the Federal Bureau of Investigation, One Center Plaza, Suite 600, Boston, Massachusetts 02108, Attention Asset Forfeiture Group.

Anthony Dichio,
United States Marshal
District of Massachusetts

Apr 19, 26, May 3

SIGNATURE OF PUBLISHER OR REPRESENTATIVE
Marlene M Sheehan

TITLE
Legal Ad Rep

DATE
5/27/05

### FOR AGENCY USE ONLY

ADVERTISEMENT PUBLISHED IN

DATE PUBLISHED

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE AND TITLE OF CERTIFYING OFFICER

DATE

SIGNATURE AND TITLE OF AUTHORIZING OFFICER

DATE

ACCOUNTING CLASSIFICATION
05-FBI-001465
05-FBI-001448

PAID BY CHECK NUMBER

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10458-WGY |
|---|---|
| DEFENDANT<br>1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | TYPE OF PROCESS Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John J. Manning, III

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
191 Gardiner Road, Quincy, MA 02169

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283        05-FBI-001465

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Shelbey D. Wright* (signature)
TELEPHONE NUMBER (617) 748-3100
DATE April 6, 2005

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/13/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc., named above (See remarks below).

Name and title of Individual served (if not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 6/15/05   Time ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/15/05 ctd mail: 7004 1160 0001 5657 7565
4/16/05 Delivery Date

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD  ☐ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

GOVERNMENT EXHIBIT B

Direct Query - Intranet                                              Page 1 of 1



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7004 1160 0001 5657 7565

**This item was delivered on 04/16/2005 at 16:25**



Enter Request Type and Item Number:

Quick Search    Extensive Search

[Explanation of Quick and Extensive Searches]

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 05-10458-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Francis J. DiMento, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

DiMento & Sullivan, Seven Faneuil Hall Marketplace, Boston, MA 02109

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: April 6, 2005

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/13/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/25/05   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/14/05 ctd mail: 7004 1160 0001 5657 7596
4/18/05 Delivery Date

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM US

GOVERNMENT EXHIBIT C

☐ USMS RECORD   ☑ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10458-WGY |
| DEFENDANT<br>1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | TYPE OF PROCESS  Complaint<br>and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Francis J. DiMento, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
DiMento & Sullivan, Seven Faneuil Hall Marketplace, Boston, MA 02109

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office

Number of process to be served with this Form - 285
Number of parties to be served in this case
for service on U.S.A.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Francis J. DiMento, Esquire
DiMento & Sullivan
7 Faneuil Hall Mktplace
Boston, MA  02109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0001 5657 7596

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

PHONE NUMBER: 748-3100
DATE: April 6, 2005

USMS Deputy or Clerk [signature]   Date 4/13/05

---

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service<br>4/25/05 | Time<br>am<br>pm |
|---|---|---|

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:   4/14/05  ctf mail 7004 1160 0001 5657 7596
           4/18/05  Delivery Date

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10458-WGY |
|---|---|
| DEFENDANT<br>1426-1428 HYDE PARK AVENUE, HYDE PARK, MASSACHUSETTS, D/B/A "MANNING CAFÉ INC." AND/OR "BILLY JACK'S RESTAURANT"; $159,992.43 IN U.S. CURRENCY; AND $210,000 IN U.S. CURRENCY | TYPE OF PROCESS Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karen L. Willett, Trustee of the Manning Real Estate Trust

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
1426 Hyde Park Avenue, Hyde Park, Massachusetts 02136

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced individual by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER (617) 748-3100

DATE April 6, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 4/13/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 5/4/05    Time    am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: 4/15/05 ctd mcd 7004 1160 0001 5657 7589
5/3/05 attempted delivery - not known return of parcel.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |

☐ USMS RECORD  ☑ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

GOVERNMENT EXHIBIT D

**U.S. Department of Justice**
United States Marshals Service
District of Massachusetts

U.S. Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Official Business
Penalty for Private Use $300

7004 1160 0001 5657 7589

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Karen L. Willet,
Trustee of Manning RE Trust
1426 Hyde Park Avenue
Hyde Park, MA 02136

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0001 5657 7589

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Karen L. Willett,
Trustee of the Manning Real Estate Trust
1426 Hyde Park Avenue
Hyde Park, MA 02136

ATTEMPTED NOT KNOWN