UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10458-WGY**

**UNITED STATES OF AMERICA
Plaintiff**

v.

**JOHN J. MANNING, III
Defendant**

## NOTICE OF DEFAULT

     Upon application of the Plaintiff, United States of America, for an order of Default for failure of the Defendant, John J. Manning, III, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 14, 2005.

**Sarah A. Thornton,
Clerk**

By:   **/s/ Marie Bell
Deputy Clerk**

Notice mailed to counsel of record and defendants.