UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        Civil Action
                                                        No: **05-10458-WGY**

**UNITED STATES OF AMERICA**
**Plaintiff**

v.

**KAREN L. WILLETT**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, United States of America, for an order of Default for failure of the Defendant, Karen L. Willett, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 14, 2005.

                                                        **Sarah A. Thornton,**
                                                        **Clerk**


                                          **By:**    **/s/ Marie Bell**
                                                           **Deputy Clerk**

Notice mailed to counsel of record and defendants.