UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,             )
          Plaintiff,                  )
                                      )
          v.                          )Civil Action No. 05-10458-WGY
                                      )
1426-1428 HYDE PARK AVENUE, HYDE      )
PARK, MASSACHUSETTS, d/b/a "Manning   )
Café Inc." and/or "Billy Jack's       )
Restaurant"; $159,992.43 IN U.S.      )
CURRENCY; and $210,000 IN             )
U.S. CURRENCY,                        )
          Defendants.                 )
```

**MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE**

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the <u>in</u> <u>Rem</u> defendants, identified as:

    a.    the real property and buildings located at 1426 - 1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Café Inc., and/or Billy Jack's Restaurant ("Billy Jack's"), consisting of two adjacent buildings, and all other things of value associated with that business;

    b.    $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"); and

    c.    $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 238 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency"),

(collectively referred to as the "Defendant Properties").

In support of this Motion, the Government states that on June 29, 2005, it filed a Motion for Entry of Default against the

claimants in this action, and on July 14, 2005, this Court entered two Notices of Default, copies of which are attached hereto as Exhibits A and B.  The Notices were entered against John J. Manning, III, Karen L. Willett, and all other persons claiming an interest in the Defendant Properties, for their failure to answer or otherwise defend in this action.  No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Properties.  A proposed Order is attached.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/Shelbey D. Wright
    Shelbey D. Wright
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

Dated: August 3, 2005

N:\LTalbot\wright\Manning\Motion for Final Judgment & Order of Forfeiture.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                               **Civil Action**
                                                                                                               **No: 05-10458-WGY**

**UNITED STATES OF AMERICA**
**Plaintiff**

v.

**JOHN J. MANNING, III**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, United States of America, for an order of Default for failure of the Defendant, John J. Manning, III, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 14, 2005.

                                                                      **Sarah A. Thornton,**
                                                                      **Clerk**

                                                  **By:**    **/s/ Marie Bell**
                                                                **Deputy Clerk**

Notice mailed to counsel of record and defendants.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                               Civil Action
                                                                               No: **05-10458-WGY**

**UNITED STATES OF AMERICA**
**Plaintiff**

v.

**KAREN L. WILLETT**
**Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, United States of America, for an order of Default for failure of the Defendant, Karen L. Willett, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 14, 2005.

                                                          **Sarah A. Thornton,**
                                                          **Clerk**

                                                  **By:**    **/s/ Marie Bell**
                                                              **Deputy Clerk**

Notice mailed to counsel of record and defendants.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,              )
          Plaintiff,                   )
                                       )
     v.                                ) Civil Action No. 05-10458-WGY
                                       )
1426-1428 HYDE PARK AVENUE, HYDE       )
PARK, MASSACHUSETTS, d/b/a "Manning    )
Café Inc." and/or "Billy Jack's        )
Restaurant"; $159,992.43 IN U.S.       )
CURRENCY; and $210,000 IN              )
U.S. CURRENCY,                         )
          Defendants.                  )
```

**<u>FINAL JUDGMENT AND ORDER OF FORFEITURE</u>**

This Court having allowed plaintiff's Motion for Entry of Default and having issued two Notices of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.   That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2.   That the <u>in</u> <u>Rem</u> defendants, identified as:

a.   the real property and buildings located at 1426 - 1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Café Inc., and/or Billy Jack's Restaurant ("Billy Jack's"), consisting of two adjacent buildings, and all other things of value associated with that business;

b.   $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"); and

c.   $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 238 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency"),

(collectively referred to as the "Defendant Properties"), are

hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and/or 1955(d);

    3.   That any claim of interest of John J. Manning, III, Karen L. Willett, and any other parties claiming any right, title, or interest in or to the Defendant Properties, is hereby held in default and dismissed, having been defaulted on July 14, 2005;

    4.   That the United States Marshals Service shall retain the Defendant Properties in its secure custody and control, and shall dispose of them in accordance with law; and

    5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
WILLIAM G. YOUNG
United States District Judge

Date:

N:\LTalbot\wright\Manning\Final Judgment & Order of Forfeiture.wpd