UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>       v.<br><br>1426-1428 HYDE PARK AVENUE, HYDE<br>PARK, MASSACHUSETTS, d/b/a "Manning<br>Café Inc." and/or "Billy Jack's<br>Restaurant"; $159,992.43 IN U.S.<br>CURRENCY; and $210,000 IN<br>U.S. CURRENCY,<br>       Defendants. | )<br>)<br>)<br>) Civil Action No. 05-10458-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued two Notices of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the <u>in Rem</u> defendants, identified as:

   a. the real property and buildings located at 1426 - 1428 Hyde Park Avenue, Hyde Park, Massachusetts, doing business as Manning Café Inc., and/or Billy Jack's Restaurant ("Billy Jack's"), consisting of two adjacent buildings, and all other things of value associated with that business;

   b. $159,992.43 in U.S. Currency, seized by Agents of the Federal Bureau of Investigation on or about March 29, 2000 ("$159,992.43 in U.S. Currency"); and

   c. $210,000.00 in U.S. Currency, representing proceeds from the sale of the real property located at 238 Central Avenue, Humarock, Marshfield/Scituate, Massachusetts ("$210,000.00 in U.S. Currency"),

(collectively referred to as the "Defendant Properties"), are

hereby forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(A) and/or 1955(d);

3. That any claim of interest of John J. Manning, III, Karen L. Willett, and any other parties claiming any right, title, or interest in or to the Defendant Properties, is hereby held in default and dismissed, having been defaulted on July 14, 2005;

4. That the United States Marshals Service shall retain the Defendant Properties in its secure custody and control, and shall dispose of them in accordance with law; and

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*William G. Young*
WILLIAM G. YOUNG
United States District Judge

Date: Aug 18, 2005

N:\LTalbot\wright\Manning\Final Judgment & Order of Forfeiture.wpd